# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-19-00718-CV

### In re Yolanda Altgilbers and Sally Mares

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### O R D E R

**PER CURIAM**

Relators Yolanda Altgilbers and Sally Mares have filed a petition for writ of mandamus and a motion for emergency stay. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and pending further order of this Court, temporarily stay the jury trial scheduled for October 14, 2019, in Cause No. 14-534-C26, *Altgilbers v. Mares*, in the 26th District Court of Williamson County, Texas. *See id*. R. 52.10(b). Real party in interest is ordered to file a response to the petition for writ of mandamus on or before October 21, 2019.

It is ordered on October 11, 2019.

Before Chief Justice Rose, Justices Triana and Smith